# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

NEALLY CUNNINGHAM,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS;
JOHNATHAN MEAD; KENDELL
SHAW; PATRICK MOORE; and
Mr. SLATER,

    Defendants.

CIVIL ACTION NO.: CV209-197

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims alleging events occurring on August 14 and October 26, 2009, together with his due process and equal protection claims concerning a disciplinary hearing against Defendants Shaw and Slater (claims 4, 5, and 6 of Plaintiff's original Complaint) are **dismissed** without prejudice. Accordingly, Defendant Slater is **dismissed.** Plaintiff's claims against the Federal Bureau of Prisons are also **dismissed.**

**SO ORDERED**, this 25 day of February, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)